UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOUTHERN RECYCLING, L.L.C.,
    Plaintiff,

vs.                                      CASE NO. 8:09-CIV-686-T-17-EAJ

TWENTY/20 CONSTRUCTION SERVICES,
L.L.C.,
    Defendants.
_____/

## ORDER

This cause is before the Court on the plaintiff's motion for entry of default judgment (Docket No. 9). Accordingly, it is

**ORDERED** that the motion for entry of default judgment (Docket No. 9) be **granted** and the Clerk of Court is directed to enter judgment for the plaintiff and against the defendant in the amount of $80,277.90, with interest accruing from the date of the judgment until paid, and costs int the amount of $401.63. The Clerk of Court shall also close this case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of July, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record